UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 8:14-CR-00141-SCB-MAP

VINCENT STRAWBRIDGE,

    Defendant.
_____/

**NOTICE OF APPEARANCE OF COUNSEL**
**ON BEHALF OF DEFENDANT VINCENT STRAWBRIDGE**

Comes now, P. Matthew Luka, attorney for the Defendant, VINCENT STRAWBRIDGE, and hereby enters this Notice of Appearance as counsel on his behalf in the above-captioned case.

    Respectfully submitted,

    TROMBLEY & HANES

    By: /s/ *P. Matthew Luka*
    P. MATTHEW LUKA
    Florida Bar No. 555630
    707 North Franklin Street, 10th Floor
    Tampa, Florida 33602
    Telephone: (813) 229-7918
    Facsimile: (813) 223-5204
    Email: mluka@trombleyhaneslaw.com

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 11th day of April 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

     Thomas Nelson Palermo
     United States Attorney's Office
     400 N. Tampa Street, Suite 3200
     Tampa, Florida 33602

     Natalie Hirt Adams
     United States Attorney's Office
     400 N. Tampa Street, Suite 3200
     Tampa, Florida 33602

     /s/ *P. Matthew Luka*
     P. MATTHEW LUKA